

Civil Rights Division

JKT:MSR:DJ:jdh
DJ 166-012-3
2006-5859

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

October 13, 2006

Mr. Gary O. Bartlett
Executive Director
State Board of Elections
P.O. Box 27255
Raleigh, North Carolina 27611-7255

Dear Mr. Bartlett:

This refers to the SL 2006-192 (House Bill 1024) (2006), which contains numerous voting changes, including Section 6, which amends the State's overseas voters' law to include all citizens who are covered by the Uniformed and Overseas Citizens Absentee Voting Act and to extend absentee voting exceptions to overseas citizens regardless of their voter registration status. The changes contained in this law were submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on September 1, 2006.

The State of North Carolina has requested expedited consideration of Section 6. The Attorney General interposes no objection to the changes contained in Section 6 of SL 2006-192 (House Bill 1024) (2006). However, the Attorney General's review of the remaining changes contained in SL 2006-192 (House Bill 1024) (2006) is ongoing. The Department will make a determination or request the additional information necessary to complete our review of the remaining changes by October 31, 2006. See 28 C.F.R §§ 51.37, 41.

Sincerely,

John Tanner
Chief, Voting Section