

U.S. Department of Justice

Civil Rights Division

# ATTACHMENT C

JKT:MSR:ANS:maf
DJ 166-012-3
2006-5859

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC  20530*

October 20, 2006

Mr. Gary O. Bartlett
Executive Director
State Board of Elections
P.O. Box 27255
Raleigh, North Carolina  27611-7255

Dear Mr. Bartlett:

This refers to Session Law 2006-192 (H.B. 1024) (2006), which provides for:

1) the procedures for instituting a pilot program for instant runoff voting in selected municipalities;
2) changes in the partisan primary and municipal election schedules;
3) a change in sample hand count procedures;
4) changes in the procedures for filling vacancies for certain judicial offices;
5) changes in candidate qualifying procedures;
6) a change in terms of office;
7) changes in campaign financing and reporting provisions;
8) changes in public notice requirements; and
9) an implementation schedule

and Session Law 2006-234 (H.B. 88) (2006), which provides for the following changes relating to new political parties and unaffiliated candidates:

1) a change in nominating procedures;
2) a change in candidate qualifying procedures;
3) a change in candidate qualifications; and
4) an implementation schedule

for the State of North Carolina, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on September 1, 2006.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does

-2-

not bar subsequent litigation to enjoin the enforcement of the changes. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

Sincerely,

John Tanner
Chief, Voting Section